| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  S. ROBERT TICE-RASKIN<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California 95814<br>4  Telephone: (916) 554-2738 | **FILED**<br><br>JAN 2 4 2007<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>         DEPUTY CLERK |

5  Attorneys for Plaintiff
   United States of America

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE SEARCH OF  )   NO. 2:07-SW-0029 GGH
11                                   )
                                     )   EX PARTE APPLICATION TO FILE
12  4604 Oxbrow Road                 )   SEARCH WARRANT DOCUMENTS
    Sacramento, CA                   )   IN CAMERA AND UNDER SEAL;
13                                   )   [PROPOSED] ORDER
                                     )
14                                   )   **[IN CAMERA AND UNDER SEAL]**
                                     )
15  _____  )

16       The United States of America hereby applies to this Court for an order sealing the search

17  warrant, the application for a search warrant and affidavit, this application to seal, and the order

18  to seal, until further order of the Court. In the present case, as set forth in the Affidavit in

19  Support of the Search Warrant, the premature disclosure of the warrant and affidavit filed in

20  support thereof in this case would potentially compromise the government's ongoing

21  investigation of this matter.

22  Dated: January 24, 2007              Respectfully submitted,

23                                       McGREGOR W. SCOTT
                                         United States Attorney
24
                                         /s/ Tice-Raskin
25
                                         S. ROBERT TICE-RASKIN
26                                       Assistant United States Attorney

27                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA
28

                                         1

1
ORDER

2     The United States of America has applied to this Court for an Order permitting it to file
3 certain documents under seal. Upon consideration of the application and the entire record herein,
4 IT IS HEREBY ORDERED that the application and affidavit for a search warrant, the search
5 warrant, the application to seal, and this Order, shall be filed with this Court in camera and under
6 seal and shall not be disclosed to any person unless otherwise ordered by this Court. Federal
7 agents are authorized to serve a copy of the warrant during its execution as required by law.
8 DATED: This 24 day of January, 2007.

                                                                           GREGORY G. HOLLOWS
                                                                           UNITED STATES MAGISTRATE JUDGE